**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter: 13
Case No: 2011941

In re: MATTHEW JOHNSON JR
LAKEISHA S RIVERS

Account Number: 3251

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 16 filed on or about 05/19/2020 in the amount of $4,598.49 .

On this 5/21/2020.


By: /s/ Dolan Mason
Dolan Mason, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com