THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number:      018573558
Employee ID:       00000-76853
Organization:      8020
Check Date:        03/06/2020

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA  19124-1128

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | 40 | 00000-76853 | 02/28/2020 | 03/06/2020 | |
| HI PLAN | AGENCY | ORG | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| | 802 | 8020 | 3,659.30 | 4,018.16 | 4,018.16 | 3,976.91 |
| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | |
| | 806.90 | 874.80 | 874.80 | 876.67 | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 774.56 | FEDERAL TAX | 35.12 | 137.08 |
| RESERVE ACCR | | | -193.64 | FICA | 54.24 | 245.37 |
| PERSONAL LV | | 2.00 | 193.64 | FICA MED | 12.68 | 57.38 |
| CLIMATE OT | 14.36 | 7.25 | 104.11 | STATE TAX | 26.86 | 121.49 |
| | | | | CITY TAX RES | 34.33 | 155.53 |
| | | | | RETIREMENT | 65.90 | 298.26 |
| | | | | PFT DUES | 8.79 | 39.79 |
| | | | | PFT PAC | 1.00 | 5.00 |
| | | | | UNEMPL TAX | 0.53 | 2.37 |
| | | | | SLRY MED DED | 12.12 | 60.60 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 5.93 | 0.50 | LEGAL FRINGE | 8.25 | 41.25 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

ALL PR, PR & YTD FOR YOUR RECORDS. PLS VAO. TOTALS ARE SUBJECT TO CLOSE AUDIT.

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PAY STATEMENT

Check Number:     018553432
Employee ID:      00000-76853
Organization:     8020
Check Date:       02/21/2020

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA 19124-1126

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|
| MATTHEW JOHNSON | 40 | 00000-76853 | 02/14/2020 | 02/21/2020 | |

| HI. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| 802 | 8020 | | 2,650.40 | 3,131.24 | 3,131.24 | 3,098.24 |

| FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | |
|---|---|---|---|---|
| 712.80 | 770.69 | 770.69 | 774.56 | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 918.91 | FEDERAL TAX | 25.49 | 101.96 |
| RESERVE ACCR | | | -193.64 | FICA | 47.78 | 191.13 |
| PERSONAL LV | | 0.50 | 48.29 | FICA MED | 11.17 | 44.70 |
| | | | | LIFE INS | 2.00 | 4.00 |
| | | | | STATE TAX | 23.66 | 94.64 |
| | | | | CITY TAX RES | 30.30 | 121.20 |
| | | | | RETIREMENT | 58.09 | 232.36 |
| | | | | PFT DUES | 7.75 | 31.00 |
| | | | | PFT PAC | 1.00 | 4.00 |
| | | | | UNEMPL TAX | 0.46 | 1.84 |
| | | | | SLRY MED DED | 12.12 | 48.48 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.93 | 2.50 | LEGAL FRINGE | 8.25 | 33.00 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

RETAIN THIS STUB FOR YOUR RECORDS.
ALL PL, PI, & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

Check Number:       018533318
Employee ID:        00000-76853
Organization:       8020
Check Date:         02/07/2020

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA 19124-1126

| EMPLOYEE NAME | | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | | 40 | | 00000-76853 | 01/31/2020 | 02/07/2020 | |
| H.E.PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | | YTD FICA EARNINGS | | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| | 802 | 8020 | 2,137.80 | | 2,348.43 | | 2,348.43 | 2,323.68 |
| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | | | |
| | 712.60 | 770.69 | 770.69 | 774.56 | | | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 966.20 | FEDERAL TAX | 25.49 | 76.47 |
| RESERVE ACCR | | | -193.64 | FICA | 47.78 | 143.35 |
| | | | | FICA MED | 11.18 | 33.53 |
| | | | | STATE TAX | 23.66 | 70.98 |
| | | | | CITY TAX RES | 30.30 | 90.90 |
| | | | | RETIREMENT | 58.09 | 174.27 |
| | | | | PFT DUES | 7.75 | 23.25 |
| | | | | PFT PAC | 1.00 | 3.00 |
| | | | | UNEMPL TAX | 0.46 | 1.38 |
| | | | | SLRY MED DED | 12.12 | 36.36 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 8.25 | 24.75 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

ALL PL, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

Check Number:   018513147
Employee ID:   00000-76853
Organization:   8020
Check Date:   01/24/2020

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA 19124-1128

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | | 40 | 00000-76853 | 01/17/2020 | 01/24/2020 | |

| HI PLAN | AGENCY | ORG | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| | 802 | 8020 | 1,425.20 | 1,565.62 | 1,565.62 | 1,549.12 |

| FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS |
|---|---|---|---|
| 712.60 | 770.69 | 770.69 | 774.56 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 968.20 | FEDERAL TAX | 25.49 | 50.98 |
| RESERVE ACCR | | | -193.64 | FICA | 47.79 | 95.57 |
| | | | | FICA MED | 11.17 | 22.35 |
| | | | | LIFE INS | 2.00 | 2.00 |
| | | | | STATE TAX | 23.66 | 47.32 |
| | | | | CITY TAX RES | 30.30 | 60.60 |
| | | | | RETIREMENT | 58.09 | 116.18 |
| | | | | PFT DUES | 7.75 | 15.50 |
| | | | | PFT PAC | 1.00 | 2.00 |
| | | | | UNEMPL TAX | 0.46 | 0.92 |
| | | | | SLRY MED DED | 12.12 | 24.24 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 8.25 | 16.50 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

ALL PL, PL & VAC TOTALS ARE SUBJECT TO POST AUDIT.

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number:      018493074
Employee ID:       00000-76853
Organization:      8020
Check Date:        01/10/2020

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA 19124-1128

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | | 40 | 00000-76853 | 01/03/2020 | 01/10/2020 | |

| HU PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| 802 | 8020 | | 712.60 | 782.81 | 782.81 | 774.56 |

| FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS |
|---|---|---|---|
| 712.60 | 770.69 | 770.69 | 774.56 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 968.20 | FEDERAL TAX | 25.49 | 25.49 |
| RESERVE ACCR | | | -193.64 | FICA | 47.78 | 47.78 |
| | | | | FICA MED | 11.18 | 11.18 |
| | | | | STATE TAX | 23.66 | 23.66 |
| | | | | CITY TAX RES | 30.30 | 30.30 |
| | | | | RETIREMENT | 58.09 | 58.09 |
| | | | | PFT DUES | 7.75 | 7.75 |
| | | | | PFT PAC | 1.00 | 1.00 |
| | | | | UNEMPL TAX | 0.46 | 0.46 |
| | | | | SLRY MED DED | 12.12 | 12.12 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 8.25 | 8.25 |
| PERS ILL | 36.87 | 15.00 | 21.87 | | | |

RETAIN THIS STUB FOR YOUR RECORDS.
ALL PI, PA & VAC TOTALS ARE SUBJECT TO POST AUDIT.

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
## PAY STATEMENT

Check Number:      018472862
Employee ID:       00000-76853
Organization:      8020
Check Date:        12/27/2019

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA  19124-1128

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | 40 | 00000-76853 | 12/20/2019 | 12/27/2019 | |

| RET PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| | 802 | 8020 | 12,475.56 | 13,531.49 | 13,531.49 | 13,432.50 |

| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | |
|---|---|---|---|---|---|---|
| | 712.50 | 770.69 | 770.69 | 774.56 | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 958.20 | FEDERAL TAX | 25.87 | 310.89 |
| RESERVE ACCR | | | -183.64 | FICA | 47.79 | 835.95 |
| | | | | FICA MED | 11.17 | 195.50 |
| | | | | LIFE INS | 2.00 | 4.00 |
| | | | | STATE TAX | 23.66 | 413.76 |
| | | | | CITY TAX RES | 30.30 | 524.32 |
| | | | | RETIREMENT | 58.09 | 1,007.45 |
| | | | | PFT DUES | 7.75 | 31.63 |
| | | | | PFT PAC | 1.00 | 4.00 |
| | | | | UNEMPL TAX | 0.46 | 7.97 |
| | | | | SURV MED DED | 12.12 | 48.48 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 8.43 | 3.43 | 3.00 | LEGAL FRINGE | 8.25 | 98.90 |
| PERS ILL | 38.67 | 15.00 | 21.67 | | | |

RETAIN THIS STUB FOR YOUR RECORDS
ALL PI, PLI, AND YD TOTALS ARE SUBJECT TO POST AUDIT.

Check Number:      018452805
Employee ID:       00000-76853
Organization:      8020
Check Date:        12/13/2019

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA 19124-1128

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | | 40 | 00000-76853 | 12/06/2019 | 12/13/2019 | |
| H1 PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| | 802 | 8020 | 11,762.96 | 12,748.68 | | 12,748.68 | 12,658.03 |
| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | | |
| | 712.60 | 770.69 | 770.69 | 774.56 | | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 968.20 | FEDERAL TAX | 25.87 | 284.82 |
| RESERVE ACCR | | | -193.64 | FICA | 47.78 | 788.16 |
| | | | | FICA MED | 11.18 | 184.33 |
| | | | | STATE TAX | 23.66 | 390.10 |
| | | | | CITY TAX RES | 30.30 | 494.02 |
| | | | | RETIREMENT | 58.09 | 949.36 |
| | | | | PFT DUES | 7.75 | 23.88 |
| | | | | PFT PAC | 1.00 | 3.00 |
| | | | | UNEMPL TAX | 0.46 | 7.51 |
| | | | | SLRY MED DED | 12.12 | 36.36 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 8.25 | 90.65 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

ALL PL, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

Check Number:     018412726
Employee ID:      00000-76853
Organization:     8020
Check Date:       11/29/2019

MATTHEW JOHNSON
6412 RUTLAND ST
PHILADELPHIA PA. 19124-1128

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | | 40 | 00000-76853 | 11/22/2019 | 11/29/2019 | |
| ACT PLAN | AGENCY | ORG | YTD FEDERAL TAX EARNINGS | | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| | 802 | 8020 | 11,050.36 | | 11,965.87 | 11,965.87 | 11,863.47 |
| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | | |
| | 770.82 | 833.63 | 833.63 | 837.50 | | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 988.20 | FEDERAL TAX | 31.59 | 258.95 |
| RESERVE ACCR | | | -193.54 | FICA | 51.08 | 740.38 |
| NOON AIDE EC | 13.52 | 2.00 | 27.04 | FICA MED | 12.08 | 173.16 |
| SECRETARY OT | 14.36 | 2.50 | 35.90 | STATE TAX | 25.59 | 366.44 |
| | | | | CITY TAX RES | 33.74 | 463.72 |
| | | | | RETIREMENT | 62.81 | 891.27 |
| | | | | PFT DUES | 8.36 | 16.13 |
| | | | | PFT PAC | 1.00 | 2.00 |
| | | | | UNEMPL TAX | 0.60 | 7.05 |
| | | | | 3LRY MED DED | 12.12 | 24.24 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 8.35 | 82.40 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

ALL PL & PAID TOTALS ARE SUBJECT TO REVISION    RETAIN THIS STUB FOR YOUR RECORDS

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number:       018412526
Employee ID:        00000-78853
Organization:       8020
Check Date:         11/15/2019

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA 19124-1128

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|
| MATTHEW JOHNSON | 40 | 00000-78853 | 11/08/2019 | 11/15/2019 | |
| HI PLAN | AGENCY | ORG | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| 602 | 8020 | 10,279.54 | | 11,120.12 | 11,120.12 | 11,045.97 |
| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | |
| | 712.60 | 770.69 | 770.69 | 774.56 | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 958.20 | FEDERAL TAX | 25.87 | 227.26 |
| RESERVE ACCR | | | -193.64 | FICA | 47.99 | 688.70 |
| | | | | FICA MED | 11.23 | 161.07 |
| | | | | LIFE INS | 2.00 | 2.00 |
| | | | | STATE TAX | 23.66 | 340.85 |
| | | | | CITY TAX RES | 30.30 | 430.98 |
| | | | | RETIREMENT | 56.09 | 828.46 |
| | | | | PFT DUES | 7.75 | 7.75 |
| | | | | PFT PAC | 1.00 | 1.00 |
| | | | | UNEMPL TAX | 0.46 | 6.55 |
| | | | | SLRY MED DED | 12.12 | 12.12 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 8.25 | 74.15 |
| PERS ILL | 36.87 | 15.00 | 21.87 | | | |

ALL PF, PL & YAG TOTALS ARE SUBJECT TO POST AUDIT

Check Number: 018392370
Employee ID: 00000-76853
Organization: 8020
Check Date: 11/01/2019

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA 19124-1128

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | 40 | 00000-76853 | 10/25/2019 | 11/01/2019 | |
| HL PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| | 802 | 8020 | 9,863.67 | 10,334.04 | 10,334.04 | 10,271.41 |
| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | |
| | 724.72 | 782.61 | 782.61 | 774.56 | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 968.20 | FEDERAL TAX | 27.08 | 201.39 |
| RESERVE ACCR | | | -193.64 | FICA | 48.53 | 640.71 |
| | | | | FICA MED | 11.35 | 149.84 |
| | | | | STATE TAX | 24.03 | 317.19 |
| | | | | CITY TAX RES | 30.30 | 400.68 |
| | | | | RETIREMENT | 58.09 | 770.37 |
| | | | | UNEMPL TAX | 0.46 | 5.09 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 8.25 | 62.63 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

RETAIN THIS STUB FOR YOUR RECORDS.
ALL PL, PLA VAC. TOTALS ARE SUBJECT TO POST AUDIT.

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number:     018377020
Employee ID:      00000-76853
Organization:     8020
Check Date:       10/18/2019

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA  19124-1128

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | 13 | 00000-76853 | 10/11/2019 | 10/18/2019 | |

| H3. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| | 802 | 8020 | 8,838.95 | 9,551.23 | 9,551.23 | 9,496.85 |

| FEDERAL TAX EARNINGS | PICA TAX EARNINGS | PICA MED EARNINGS | RETIREMENT EARNINGS |
|---|---|---|---|
| 627.66 | 676.29 | 676.29 | 675.02 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 675.02 | FEDERAL TAX | 17.38 | 174.31 |
| | | | | FICA | 42.06 | 592.18 |
| | | | | FICA MED | 9.83 | 138.49 |
| | | | | STATE TAX | 20.82 | 293.16 |
| | | | | CITY TAX RES | 26.25 | 370.38 |
| | | | | RETIREMENT | 50.63 | 712.28 |
| | | | | UNEMPL TAX | 0.40 | 5.63 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 3.27 | 54.38 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

ALL PL, PL & VAC. TOTALS ARE SUBJECT TO POST MDCR.

RETAIN THIS STUB FOR YOUR RECORDS.

Check Number:     018356952
Employee ID:      00000-78853
Organization:     8020
Check Date:       10/04/2019

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA  19124-1126

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | 13 | 00000-78853 | 09/27/2019 | 10/04/2019 | |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| | 802 | 8020 | 6,211.29 | 8,872.94 | 8,872.94 | 8,821.83 |
| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | |
| | 627.86 | 678.29 | 678.29 | 675.02 | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 675.02 | FEDERAL TAX | 17.38 | 156.93 |
| | | | | FICA | 42.05 | 550.12 |
| | | | | FICA MED | 9.84 | 128.66 |
| | | | | STATE TAX | 20.82 | 272.34 |
| | | | | CITY TAX RES | 26.25 | 344.13 |
| | | | | RETIREMENT | 50.63 | 661.65 |
| | | | | UNEMPL TAX | 0.40 | 5.23 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 3.27 | 51.11 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |

ALL PI, PL & VAC. TOTALS ARE SUBJECT 2 POST AUDIT.
RETAIN THIS STUB FOR YOUR RECORDS.

Check Number:      018336875
Employee ID:       00000-76853
Organization:      8020
Check Date:        09/20/2019

MATTHEW JOHNSON
5412 RUTLAND ST
PHILADELPHIA PA  19124-1128

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | |
|---|---|---|---|---|---|---|
| MATTHEW JOHNSON | | 13 | 00000-76853 | 09/13/2019 | 09/20/2019 | |
| H.. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| | 802 | 8020 | 7,585.63 | 8,194.65 | 8,194.66 | 8,146.61 |
| | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | | |
| | 627.68 | 678.29 | 678.29 | 675.02 | | |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 675.02 | FEDERAL TAX | 17.38 | 139.55 |
| | | | | FICA | 42.06 | 508.07 |
| | | | | FICA MED | 9.83 | 118.82 |
| | | | | STATE TAX | 20.82 | 251.52 |
| | | | | CITY TAX RES | 26.25 | 317.88 |
| | | | | RETIREMENT | 50.63 | 611.02 |
| | | | | UNEMPL TAX | 0.40 | 4.83 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 6.43 | 3.43 | 3.00 | LEGAL FRINGE | 3.27 | 47.84 |
| PERS ILL | 36.67 | 15.00 | 21.67 | | | |



**Check Preview**
14377304 - PATRIOT HOME CARE INC

**Rivera, Lakeisha S 4996**

Check Date: 3/13/2020
Check 1 of 1
Net Pay Amount: $1645.59

| NAME | HOURS | RATE | AMOUNT | CALCULATED AMOUNT |
|------|-------|------|--------|-------------------|
| Hourly | 80 | 11.00 | | 880.00 |
| Overtime | 74 | 16.500 | | 1221.00 |

| NAME | CALCULATED AMOUNT |
|------|-------------------|
| Federal Income Tax | 147.60 |
| Employee Social Security Tax | 130.26 |
| Employee Medicare Tax | 30.46 |
| Pennsylvania Income Tax | 64.50 |
| Pennsylvania Unemployment | 1.26 |
| PA - Philadelphia City Income Tax - Philadelphia | 81.23 |

This check preview feature is not intended to be used in place of an official check stub.
Your company remains responsible for ensuring check stubs are accurate and comply with all applicable laws, statutes, rules, and regulations.

# Check Preview
14077304 - PATRIOT HOME CARE INC

**Rivers, Lakeisha S 4996**

Check Date: 2/28/2020
Check 1 of 1
Net Pay Amount: $875.42

| NAME | HOURS | RATE | AMOUNT | CALCULATED AMOUNT |
|------|-------|------|--------|-------------------|
| Hourly | 40 | 11.00 | | 440.00 |
| Overtime | 37.25 | 16.500 | | 614.63 |

| NAME | CALCULATED AMOUNT |
|------|-------------------|
| Federal Income Tax | 24.69 |
| Employee Social Security Tax | 65.39 |
| Employee Medicare Tax | 15.29 |
| Pennsylvania Income Tax | 32.35 |
| Pennsylvania Unemployment | 0.63 |
| PA - Philadelphia City Income Tax - Philadelphia | 40.83 |

This check preview feature is not intended to be used in place of an official check stub.
Your company remains responsible for ensuring check stubs are accurate and comply with all applicable laws, statutes, rules, and regulations.

## PERSONAL AND CHECK INFORMATION

Lakeisha S Rivers
3238 N 25th St
Philadelphia, PA 19129
Soc Sec #: xxx-xx-xxxx  **Employee ID:** 4996

**Home Department:** 200 Field

**Pay Period:** 02/02/20 to 02/15/20
**Check Date:** 02/21/20  **Check #:** 191584499)

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1618.34 | 8697.40 |
| **NET PAY** | **1618.34** | **8697.40** |

### EARNINGS

| | | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| Holiday | 80.00 | 11.0000 | 880.00 | 304.00 | 3344.00 |
| Overtime | 71.75 | 16.5000 | 1183.88 | 292.00 | 4818.01 |
| Holiday Worked | | | | 16.00 | 264.00 |
| Total Hours | 151.75 | | | 612.00 | |
| Gross Earnings | | | 2063.88 | | 8426.01 |
| Total Hrs Worked | 151.75 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 127.96 | 522.41 |
| Medicare | | 29.93 | 122.18 |
| Fed Income Tax | S 4 | 143.15 | 494.09 |
| PA Income Tax | | 63.36 | 258.67 |
| PA Unemploy | | 1.24 | 5.06 |
| PA PHILA-Phi Inc | | 79.90 | 326.20 |
| **TOTAL** | | **445.54** | **1728.61** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1618.34 | 8697.40 |

W, Inc.

Idiot Home Care Inc • 5700 N Broad St, Third Floor • Philadelphia PA 19141 • (267) 806-1525

PERSONAL CARE CENTER OF MID ATLANTIC

Lakiesha S Rivers
3238 N 25th St
Philadelphia, PA 19129
Soc Sec #: xxx-xx-xxxx    Employee ID: 4996

Home Department: 200 Field

Pay Period: 01/05/20 to 01/18/20
Check Date: 01/24/20#   Check #: 1915843157

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1627.41 | 3337.54 |
| NET PAY | 1627.41 | 3337.54 |

| | | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Hourly | 80.00 | 11.0000 | 880.00 | 144.00 | | 1584.00 |
| Overtime | 72.50 | 16.5000 | 1196.25 | 146.50 | | 2417.25 |
| Holiday Worked | | | | 16.00 | | 264.00 |
| Total Hours | 152.50 | | | 306.50 | | |
| Gross Earnings | | | 2076.25 | | | 4265.25 |
| Total Hrs Worked | 152.50 | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 128.73 | 264.45 |
| Medicare | | 30.11 | 61.85 |
| Fed Income Tax | S 4 | 144.63 | 302.79 |
| PA Income Tax | | 63.74 | 130.94 |
| PA Unemploy | | 1.25 | 2.56 |
| PA PHILA-Phi Inc | | 80.38 | 165.12 |
| TOTAL | | 448.84 | 927.71 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1627.41 | 3337.54 |

*Payrolls by Paychex, Inc.*

0942 1407-7304  Patriot Home Care Inc • 5700 N Broad St Third Floor • Philadelphia PA  19141 • (267) 608-1526

**PERSONAL**
Lakeisha S Rivers
3238 N 25th St
Philadelphia, PA 19129
Soc Sec #: xxx-xx-xxxx   Employee ID: 4996

Home Department: 200 Field

Pay Period: 12/22/19 to 01/04/20
Check Date: 01/10/20   Check #: 1915842274

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1710.13 | 1710.13 |
| NET PAY | 1710.13 | 1710.13 |

| | | | | | |
|---|---|---|---|---|---|
| Hourly | 64.00 | 11.0000 | 704.00 | 64.00 | 704.00 |
| Overtime | 74.00 | 16.5000 | 1221.00 | 74.00 | 1221.00 |
| Holiday Worked | 16.00 | 16.5000 | 264.00 | 16.00 | 264.00 |
| Total Hours | 154.00 | | | 154.00 | |
| Gross Earnings | | | 2189.00 | | 2189.00 |
| Total Hrs Worked | 154.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 135.72 | 135.72 |
| | Medicare | | 31.74 | 31.74 |
| | Fed Income Tax | S 4 | 158.16 | 158.16 |
| | PA Income Tax | | 67.20 | 67.20 |
| | PA Unemploy | | 1.31 | 1.31 |
| | PA PHILA-Phi Inc | | 84.74 | 84.74 |
| | TOTAL | | 478.87 | 478.87 |

| NET PAY | THIS PERIOD ($) 1710.13 | YTD ($) 1710.13 |
|---|---|---|

Payrolls by Paychex, Inc.

0942 1407-7304  Patriot Home Care Inc - 5700 N Broad St Third Floor - Philadelphia PA  19141 - (267) 608-1526

**PERSONAL AND CHECK INFORMATION**

Lakeisha S Rivers
3238 N 25th St
Philadelphia, PA 19129
Soc Sec #: xxx-xx-xxxx    Employee ID: 4996

Home Department: 200 Field

Pay Period: 12/08/19 to 12/21/19
Check Date: 12/27/19    Check #: 1915841424

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 870.77 | 6665.79 |
| NET PAY | 870.77 | 6665.79 |

| EARNINGS | DESCRIPTION | HOURS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 11.0000 | 440.00 | 312.00 | 3432.00 |
| | Overtime | 37.00 | 16.5000 | 610.50 | 285.00 | 4702.50 |
| | Holiday Worked | | | | 8.00 | 132.00 |
| | Total Hours | 77.00 | | | 605.00 | |
| | Gross Earnings | | | 1050.50 | | 8266.50 |
| | Total Hrs Worked | 77.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 65.13 | 512.52 |
| | Medicare | | 15.23 | 119.86 |
| | Fed Income Tax | S 4 | 25.82 | 389.57 |
| | PA Income Tax | | 32.25 | 253.78 |
| | PA Unemploy | | 0.63 | 4.96 |
| | PA PHILA-Phi Inc | | 40.67 | 320.02 |
| | TOTAL | | 179.73 | 1600.71 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 870.77 | 6665.79 |

*Payrolls by Paychex, Inc.*

0042 1407-7364  Patriot Home Care Inc • 6700 N Broad St Third Floor • Philadelphia PA  19141 • (267) 606-1526

**PERSONAL AND CHECK INFORMATION**

Lakeisha S Rivas
3238 N 25th St
Philadelphia, PA 19129
Soc Sec #: xxx-xx-xxxx    Employee ID: 4996

Home Department: 200 Field

Pay Period: 11/24/19 to 12/07/19
Check Date: 12/13/19    Check #: 1915840555

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1675.87 | 5795.02 |
| NET PAY | 1675.87 | 5795.02 |

**EARNINGS**

| DESCRIPTION | RATE | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|
| Hours | 72.00 | 11.0000 | 792.00 | 272.00 | 2992.00 |
| Overtime | 74.00 | 16.5000 | 1221.00 | 248.00 | 4092.00 |
| Holiday Worked | 8.00 | 16.5000 | 132.00 | 8.00 | 132.00 |
| Total Hours | 154.00 | | | 528.00 | |
| Gross Earnings | | | 2145.00 | | 7216.00 |
| Total Hrs Worked | 154.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 132.99 | 447.39 |
| Medicare | | 31.10 | 104.63 |
| Fed Income Tax | S 4 | 154.86 | 363.75 |
| PA Income Tax | | 65.85 | 221.53 |
| PA Unemploy | | 1.29 | 4.33 |
| PA PHILA-Phi Inc | | 83.04 | 279.35 |
| TOTAL | | 469.13 | 1420.98 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1675.87 | 5795.02 |

Payrolls by Paychex, Inc.

0842 1407-7304  Period Home Care Inc · 5700 N Broad St Third Floor · Philadelphia PA  19141 · (267) 608-1825

# Check Preview

Lakeisha S 4996

Date: 12/6/2019

**Net Pay Amount: $870.77**

Total: $1050.50

## EARNINGS

| NAME | HOURS | RATE | AMOUNT | CALCULATED AMOUNT |
|------|-------|------|--------|-------------------|
| Hourly | 40 | 11.00 | | 440.00 |
| Overtime | 37 | 16.500 | | 610.50 |

## DEDUCTIONS

Total: $0.00

Total: $179.73

## WITHHOLDINGS

| NAME | CALCULATED AMOUNT |
|------|-------------------|
| Federal Income Tax | 25.82 |
| Employee Social Security Tax | 65.13 |
| Employee Medicare Tax | 15.23 |
| Pennsylvania Income Tax | 32.25 |
| Pennsylvania Unemployment | 0.63 |
| Philadelphia City Income Tax - Philadelphia | 40.67 |

is not intended to be used in place of an official check stub.
responsible for ensuring check stubs are accurate and comply with all applicable laws, statutes, rules, and regulations.

Check Date
1 of 1

**PERSONAL AND CHECK INFORMATION**
Lakeisha S Rivera
3238 N 25th St
Philadelphia, PA 19129
Soc Sec #: xxx-xx-xxxx    Employee ID: 4996

Home Department: 200 Field

Pay Period: 11/10/19 to 11/23/19
Check Date: 11/29/19    Check #: 1915839696

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 870.77 | 3248.38 |
| NET PAY | 870.77 | 3248.38 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD |
|---|---|---|---|---|---|
| Hourly | 40.00 | 11.0000 | 440.00 | 160.00 | 1760.0 |
| Overtime | 37.00 | 16.5000 | 610.50 | 137.00 | 2260.5 |
| Total Hours | 77.00 | | | 297.00 | |
| Gross Earnings | | | 1050.50 | | 4020.5 |
| Total Hrs Worked | 77.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD |
|---|---|---|---|
| Social Security | | 65.13 | 249.2 |
| Medicare | | 15.23 | 58.3 |
| Fed Income Tax   S 4 | | 25.82 | 163.0 |
| PA Income Tax | | 32.25 | 123.4 |
| PA Unemploy | | 0.63 | 2.4 |
| PA PHILA-Phi Inc | | 40.67 | 155.6 |
| TOTAL | | 179.73 | 772.1 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 870.77 | 3248 |

Payrolls by Paychex, Inc.

0942 1407-7304  Patriot Home Care Inc • 5700 N Broad St Third Floor • Philadelphia PA  19141 • (267) 609-1626

## PERSONAL AND CHECK INFORMATION

Lakeisha S River
3238 N 25th St
Philadelphia, PA 19129
Soc Sec #: xxx-xx-xxxx    Employee ID: 4096

Home Department: 200 Field

Pay Period: 10/27/19 to 11/09/19
**Check Date:** 11/15/19    **Check #:** 1916838637

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1643.60 | 2377.61 |
| NET PAY | 1643.60 | 2377.61 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 11.0000 | 880.00 | 120.00 | 1320.00 |
| Overtime | 74.00 | 16.5000 | 1221.00 | 100.00 | 1650.00 |
| Total Hours | 154.00 | | | 220.00 | |
| Gross Earnings | | | 2101.00 | | 2970.00 |
| Total Hrs Worked | 154.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 130.26 | 184.14 |
| Medicare | | 30.47 | 43.07 |
| Fed Income Tax | S 4 | 149.58 | 157.25 |
| PA Income Tax | | 64.50 | 91.16 |
| PA Unemploy | | 1.26 | 1.78 |
| PA PHILA-Phi Inc | | 81.33 | 114.97 |
| **TOTAL** | | 457.40 | 592.39 |

| | NET PAY | THIS PERIOD ($) 1643.60 | YTD ($) 2377.61 |
|---|---|---|---|

Payrolls by Paychex, Inc.

0842 1407-7304  Patriot Home Care Inc • 6700 N Broad St Third Floor • Philadelphia PA 19141 • (267) 608-1526

**PERSONAL AND CHECK INFORMATION**

Lakeisha S Yowe
3238 N 25th St
Philadelphia, PA 19129
Soc Sec #: xxx-xx-xxxx    Employee ID: 4896

Home Department: 200 Field

Pay Period: 10/13/19 to 10/26/19
Check Date: 11/01/19    Check #: 1815637923

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 734.01 | 734.01 |
| NET PAY | 734.01 | 734.01 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 11.0000 | 440.00 | 40.00 | 440.00 |
| Overtime | 26.00 | 16.5000 | 429.00 | 26.00 | 429.00 |
| Total Hours | 66.00 | | | 66.00 | |
| Gross Earnings | | | 869.00 | | 869.00 |
| Total Hrs Worked | 66.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 53.88 | 53.88 |
| Medicare | | 12.60 | 12.60 |
| Fed Income Tax | S 4 | 7.67 | 7.67 |
| PA Income Tax | | 26.68 | 26.68 |
| PA Unemploy | | 0.52 | 0.52 |
| PA PHILA-Phi Inc | | 33.64 | 33.64 |
| TOTAL | | 134.99 | 134.99 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 734.01 | 734.01 |

Payrolls by Paychex, Inc.

0942 1407-7304  Patriot Home Care Inc • 5700 N Broad St Third Floor • Philadelphia PA 19141 • (267) 808-1526

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Matthew Johnson — Lakeisha Rivers

Case No.: _____

Business Name: _____

For the Month & Year (1/11, etc.): April 2020

## BUSINESS INCOME

| | |
|---|---|
| (1) Actual Income from Sales & Service | $ 14,640.28 |
| (2) Other (Specify) | $ |
| (3) Other (Specify) | $ |
| (4) Total Gross Revenue | $ |
| (1+2+3) | |

## ACTUAL BUSINESS EXPENSE PAID

| | |
|---|---|
| (5) Rent/Lease | $ 1899.00 |
| (6) Utilities (Electricity, Gas, Water) | $ 1235.36 |
| (7) Telephone | $ 400.06 |
| (8) Insurance | $ 851.33 |
| (9) Wages for Employees | $ 1200.00 |
| (10) Business Tax | $ |
| (11) Sales Tax | $ |
| (12) Employment Taxes | $ |
| (13) Gas & Fuel for Business Vehicles | $ 100.00 |
| (14) Office Equipment | $ |
| (15) Advertising | $ 200.00 |
| (16) Professional Fees | $ 1500.00  Paul |
| (17) Office Supplies | $ 489.60 |
| (18) Other (Specify) | $ 898.59  Food |
| (19) Other (Specify) | $ 425.46 |
| (20) Other (Specify) | $ 1116.71  car note insurance |
| (21) Total Business Expenses (Lines 5 through 20 added together) | $ 9641.11 |

| | |
|---|---|
| (20) Total Net Monthly Income (Line 4 – Line 15) | $ 4399.17 |

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Matthew Johnson + Laxeisha Rivers

Case No.:

Business Name:

For the Month & Year (1/11, etc.): MARCH 2020

## BUSINESS INCOME

(1) Actual Income from Sales & Service    $ 13,844.64

(2) Other (Specify)    $

(3) Other (Specify)    $

(4) Total Gross Revenue    $

(1+2+3)

## ACTUAL BUSINESS EXPENSE PAID

(5) Rent/Lease    $ 1843.00

(6) Utilities (Electricity, Gas, Water)    $ 733.81

(7) Telephone    $ 668.86

(8) Insurance    $ 167.87

(9) Wages for Employees    $ 3000.00

(10) Business Tax    $

(11) Sales Tax    $

(12) Employment Taxes    $

(13) Gas & Fuel for Business Vehicles    $ 100.00

(14) Office Equipment    $ 465.00

(15) Advertising    $ 1000.00 Bathroom Repairs

(16) Professional Fees    $ 200.00

(17) Office Supplies    $ 848.90 -

(18) Other (Specify)    $ 1541.85 Food

(19) Other (Specify)    $ 217.83 Supplies office

(20) Other (Specify)    $ 1115.78 Cac + Insurance

(21) Total Business Expenses (Lines 5    $ 11,709.90

through 20 added together)

(20) Total Net Monthly Income    $ 1541.74

(Line 4 – Line 15)

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

*Debtor Name:* MAtthew Johnson

*Case No.:*

*Business Name:*

*For the Month & Year (1/11, etc.):* FEB 2020

## BUSINESS INCOME
(1) Actual Income from Sales & Service    $ 16,087.02

(2) Other (Specify)    $

(3) Other (Specify)    $

**(4) Total Gross Revenue**    $

*(1+2+3)*

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease    $ 1894.06

(6) Utilities (Electricity, Gas, Water)    $ 1364.97

(7) Telephone    $ 373.41

(8) Insurance    $ 1007.90

(9) Wages for Employees    $ 3000.00

(10) Business Tax    $

(11) Sales Tax    $

(12) Employment Taxes    $

(13) Gas & Fuel for Business Vehicles    $ 100

(14) Office Equipment    $ 408.00

(15) Advertising    $ 863.74

(16) Professional Fees    $ 399.01

(17) Office Supplies    $ 1067.47

(18) Other (Specify)    $ 996.91 FOOD

(19) Other (Specify)    $ 3478.00 Repairs

(20) Other (Specify)    $ 1115.17 car and notes

**(21) Total Business Expenses** *(Lines 5*    $ 15,468.64

*through 20 added together)*

**(20) Total Net Monthly Income**    $ 618.38

*(Line 4 – Line 15)*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Matthew Johnson Lakeisha Rivers
Case No: _____
Business Name: Priceless Times Child Care
For the Month & Year (1/05, etc.): Jan 20

**BUSINESS INCOME:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 14644.28 |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ |

**ACTUAL BUSINESS EXPENSE PAID**

| | | |
|---|---|---|
| (5) | Rent/Lease | $ 1815.00 |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ 933.00 |
| (7) | Telephone | $ 514.65 |
| (8) | Insurance | $ 330.00 |
| (9) | Wages for Employees | $ 5443.88 |
| (10) | Wages for Self/Owner(s) | $ 2,000.00 |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ 100.00 |
| (13) | Other (Specify) | $ 200.00 CREDIT CARD |
| (14) | Other (Specify) | $ 1942.22 - FOOD - SUPPLIES REPAIRS |
| (15) | Other (Specify) | $ 1115.14 CARS - INSURANE |
| (16) | Total Actual Business Expenses Paid Or (sum of 5 through 16) | $ 14,543.00 |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ |
| (18) | Net Wages From Regular Employment-De | $ |
| (19) | Net Wages From Regular Employment-Sp | $ |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | Total Net Monthly Income (sum of 17 thr | $ |

**PERSONAL**

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ |
| (24) | Telephone | $ |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) | $ |
| (28) | Other (specify) | $ |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (25 | $ |

**NET INCOME (LOSS)**

| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENTS | |
| (35) | Net Excess Income (line 33 - line 34) carry amount on line 35 to next month line 20 | $ |

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

**Debtor Name:** Matthew Johnson + Lakeisha Rivers

**Case No.:**

**Business Name:** Priceless Times Child Care

**For the Month & Year (MM, dd):** 12-19

**BUSINESS INCOME:**

| | | | |
|---|---|---|---|
| (1) | Actual Income from Sales & Service | $ | 15,631.83 |
| (2) | Other (Specify) | $ | |
| (3) | Other (Specify) | $ | |
| (4) | Total Actual Income (1+2+3) | $ | |

**ACTUAL BUSINESS EXPENSE PAID**

| | | | |
|---|---|---|---|
| (5) | Rent/Lease | $ | 1815.00 |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ | 317.36 |
| (7) | Telephone | $ | 253.00 |
| (8) | Insurance | $ | 350.82 |
| (9) | Wages for Employees | $ | 5613.23 |
| (10) | Wages for Self/Owner(s) | $ | 2000.00 |
| (11) | Taxes | $ | |
| (12) | Gas and Fuel for Business Vehicles | $ | 100.00 |
| (13) | Other (Specify) | $ | 300.00 Business Credit Card |
| (14) | Other (Specify) | $ | 4590.96 Food-Supplies, Repairs |
| (15) | Other (Specify) | $ | 792.09 ooe |
| (16) | Total Actual Business Expenses Paid Out (sum of 5 through 15) | $ | 16,112.46 |

| | | | |
|---|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ | |
| (18) | Net Wages From Regular Employment-Dbt | $ | |
| (19) | Net Wages From Regular Employment-Spc | $ | |
| (20) | Amount Carried Over From Last Month | $ | |
| (21) | Total Net Monthly Income (sum of 17 thru | $ | |

**PERSONAL**

| | | | |
|---|---|---|---|
| (22) | Rent/Mortgage | $ | |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ | |
| (24) | Telephone | $ | |
| (25) | Food | $ | |
| (26) | Transportation (fuel, tolls, parking) | $ | |
| (27) | Other (specify) | $ | |
| (28) | Other (specify) | $ | |
| (29) | Other (specify) | $ | |
| (30) | Other (specify) | $ | |
| (31) | Other (specify) | $ | |
| (32) | Total Actual Personal Expenses Paid (32) | $ | |

**NET INCOME (LOSS)**

| | | | |
|---|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ | |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ | |
| (35) | Net Excess Income (line 33 - line 34) carry amount on line 35 to next month line 20 | $ | |

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: MATThew Johnson  LAKeishA RiveRS

Case No: _____

Business Name: _____

For the Month & Year (Nov, etc.): ___ 11-19

**BUSINESS INCOME:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ $14,697.09 |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ |

**ACTUAL BUSINESS EXPENSE PAID**

| | | |
|---|---|---|
| (5) | Rent/Lease | $ 1815.00 |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ 751.87 |
| (7) | Telephone | $ 538.87 |
| (8) | Insurance | $ 850.00 |
| (9) | Wages for Employees | $ 4200.00 |
| (10) | Wages for Self/Owner(s) | $ 2000.00 |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ 200.00 |
| (13) | Other (Specify) | $ 400.00 Credit Card |
| (14) | Other (Specify) | $ 1072.47 CABS |
| (15) | Other (Specify) | $ 3104.62 Food-Supplies-matinance |
| (16) | Total Actual Business Expenses Paid Out (sum of 5 through 15) | $ 14,526.83 |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ |
| (18) | Net Wages From Regular Employment-Dbt | $ |
| (19) | Net Wages From Regular Employment-Spc | $ |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | Total Net Monthly Income (sum of 17 thru 20) | $ |

**PERSONAL**

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ |
| (24) | Telephone | $ |
| (25) | Food | $ |
| (26) | Transporation (fuel, tolls, parking) | $ |
| (27) | Other (specify) | $ |
| (28) | Other (specify) | $ |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (23) | $ |

**NET INCOME (LOSS)**

| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 – line 32) | $ |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENTS | $ |
| (35) | Net Excess Income (line 33 – line 34), carry amount on line 35 to next month line 20 | $ |

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

*Debtor Name* MAtthew Johnson LaKesha Rivers
*Case No.*
*Business Name*
*For the Month & Year (1/11, etc.)* October 2019

### BUSINESS INCOME
(1) Actual Income from Sales & Service    $ 14,493.39
(2) Other (Specify)    $
(3) Other (Specify)    $
**(4) Total Gross Revenue**    $
*(1 + 2 + 3)*

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease    $ 1215.00
(6) Utilities (Electricity, Gas, Water)    $ 996.88
(7) Telephone    $ 501.85
(8) Insurance    $ 1096.73
(9) Wages for Employees    $ 2201.55
(10) Business Tax    $
(11) Sales Tax    $
(12) Employment Taxes    $
(13) Gas & Fuel for Business Vehicles    $ 100.00
(14) Office Equipment    $ 679.97
(15) Advertising    $ 850.00
(16) Professional Fees    $ 485.14
(17) Office Supplies    $ 1847.00
(18) Other (Specify)    $ 1012.47   sqd, sale
(19) Other (Specify)    $ 1312.50   Food
(20) Other (Specify)    $ 1361.99   Toys And supplies
**(21) Total Business Expenses** *(Lines 5 through 20 added together)*    $ 12,130.11

**(20) Total Net Monthly Income** *(Line 4 – Line 15)*    $ 2312.86