# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 20-11941-MDC

        MATTHEW  JOHNSON, JR.
        LAKEISHA  S RIVERS
        5412 RUTLAND STREET

        PHILADELPHIA, PA 19124-

             Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

        MATTHEW  JOHNSON, JR.
        LAKEISHA  S RIVERS
        5412 RUTLAND STREET

        PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

        BRAD J. SADEK ESQ
        SADEK LAW OFFICE
        1315 WALNUT STREET #502
        PHILADELPHIA, PA 19107-

                                        /S/ William C. Miller

Date: 6/16/2020                          _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee