UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 20-11941-MDC

Matthew Johnson, Jr. and Lakeisha S Rivers     Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), ACAR Leasing LTD dba GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing LTD dba GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                              Bankr. Case No. 20-11941-MDC

Matthew Johnson, Jr. and Lakeisha S Rivers                                           Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 22, 2020 :

| | |
|---|---|
| BRAD J. SADEK<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | William Miller<br>583 Bourse Building<br>111 So. Independence<br>Philadelphia, PA 19106 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx74175 / 1019823