**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    MATTHEW JOHNSON, JR.                  Chapter 13
    LAKEISHA S RIVERS

                      Debtor                  Bankruptcy No. 20-11941-MDC

## CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

      **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1), by the failure of debtor(s) to provide business information sufficient for the trustee to evaluate the financial condition of debtor(s) and/or the plan.
Debtor(s) has/have failed to provide evidence of business insurance coverage as directed at the meeting of creditors held under 11 U.S.C. Section 341(a), or thereafter.
Debtor(s) has/have failed to provide evidence of business licensing as directed at the meeting of creditors held under 11 U.S.C. Section 341(a), or thereafter.

      The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

      The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

      **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

      Respectfully submitted,

      /s/ William C. Miller
      _____
      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 1229
      Philadelphia, PA 19105
      Telephone: (215)627-1377