# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-11941-MDC

MATTHEW JOHNSON, JR.
LAKEISHA S RIVERS
5412 RUTLAND STREET

PHILADELPHIA, PA 19124-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MATTHEW JOHNSON, JR.
    LAKEISHA S RIVERS
    5412 RUTLAND STREET

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 7/27/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee