# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew Johnson Jr.<br>Lakeisha S. Rivers<br>      Debtor(s) | CHAPTER 13 |
| U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4, its successors and/or assigns<br>      Movant<br>vs. | NO. 20-11941 MDC |
| Matthew Johnson Jr.<br>Lakeisha S. Rivers<br>      Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>      Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4, which was filed with the Court on or about **June 17, 2020, docket number 25**.

              Respectfully submitted,

              By: **/s/ Rebecca A. Solarz, Esquire**
                 Rebecca A. Solarz, Esquire
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 215-627-1322
                 Attorney for Movant/Applicant

August 28, 2020