IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MATTHEW JOHNSON, JR. ) | |
|     LAKEISHA S. RIVERS ) | |
|     **Debtors** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 20-11941 (MDC) |
| dba CHRYSLER CAPITAL AS SERVICER ) | |
| FOR CCAP AUTO LEASE LTD. ) | |
|     **Moving Party** ) | **Hearing Date: 10-6-20 at 10:30 AM** |
| ) | |
|     v. ) | 11 U.S.C. 362 |
| ) | |
| MATTHEW JOHNSON, JR. ) | |
| LAKEISHA S. RIVERS ) | |
|     **Respondents** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|     **Trustee** ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2017 Dodge Durango** bearing vehicle identification number 1C4RDJAG7HC679286 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  October 15, 2020

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE