United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11941-mdc |
| Matthew Johnson, Jr. | Chapter 13 |
| Lakeisha S Rivers | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: dlv | Page 1 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Johnson, Jr., Lakeisha S Rivers, 5412 Rutland Street, Philadelphia, PA 19124-1128 |
| cr | + | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Oct 17 2020 02:04:24 | | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Lakeisha S Rivers, 5412 Rutland Street, Philadelphia, PA 19124-1128 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 18, 2020 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Debtor Matthew Johnson  Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |

| District/off: 0313-2 | User: dlv | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 4 |

BRAD J. SADEK
   on behalf of Joint Debtor Lakeisha S Rivers brad@sadeklaw.com
   bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

REBECCA ANN SOLARZ
   on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA et al... bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
   on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
   ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MATTHEW JOHNSON, JR. ) | |
|      LAKEISHA S. RIVERS ) | |
|      **Debtors** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 20-11941 (MDC) |
| dba CHRYSLER CAPITAL AS SERVICER ) | |
| FOR CCAP AUTO LEASE LTD. ) | |
|      **Moving Party** ) | Hearing Date: 10-6-20 at 10:30 AM |
| ) | |
|      v. ) | 11 U.S.C. 362 |
| ) | |
| MATTHEW JOHNSON, JR. ) | |
| LAKEISHA S. RIVERS ) | |
|      **Respondents** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|      **Trustee** ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2017 Dodge Durango** bearing vehicle identification number 1C4RDJAG7HC679286 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  October 15, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE