IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MATTHEW JOHNSON, JR. ) | |
|     LAKEISHA S. RIVERS ) | |
|     **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL AS SERVICER ) | |
| FOR CCAP AUTO LEASE LTD ) | Case No.: 20-11941 (MDC) |
|     **Moving Party** ) | |
| ) | |
|   v. ) | |
| ) | |
| MATTHEW JOHNSON, JR. ) | |
| LAKEISHA S. RIVERS ) | |
|     **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER | |
|     **Trustee** | |

### PRAECIPE WITHDRAWING CHRYSLER CAPITAL'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

    Kindly withdraw Chrysler Capital's Objection To Confirmation, filed on or about May 12, 2020 in the above-referenced case, number 14 on the docket.

    Date:  10/21/20

                  /s/ William E. Craig
                  William E. Craig, Esquire
                  Attorney ID 92329
                  Morton & Craig LLC
                  110 Marter Ave.
                  Suite 301
                  Moorestown, NJ 08057
                  Phone (856) 866-0100
                  Fax (856) 722-1554
                  Attorney for Santander Consumer USA Inc.
                  dba Chrysler Capital as servicer for CCAP Auto Lease LTD