United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Matthew Johnson, Jr.  
Lakeisha S Rivers  
    Debtor(s)

Case No. 20-11941-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: dlv      Page 1 of 2  
Date Rcvd: Oct 22, 2020      Form ID: 155      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Matthew Johnson, Jr., Lakeisha S Rivers, 5412 Rutland Street, Philadelphia, PA 19124-1128

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**      **Bypass Reason**      **Name and Address**  
jdb      *+      Lakeisha S Rivers, 5412 Rutland Street, Philadelphia, PA 19124-1128

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

**Name**      **Email Address**

BRAD J. SADEK  
    on behalf of Joint Debtor Lakeisha S Rivers brad@sadeklaw.com  
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK  
    on behalf of Debtor Matthew Johnson  Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

REBECCA ANN SOLARZ  
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA et al... bkgroup@kmllawgroup.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2      User: dlv      Page 2 of 2
Date Rcvd: Oct 22, 2020      Form ID: 155      Total Noticed: 1

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Matthew Johnson, Jr. and Lakeisha S
Rivers
        Debtor(s)                       Chapter: 13
                                            Bankruptcy No: 20−11941−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 22, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Magdeline D. Coleman
                                            Chief Judge ,
                                            United States Bankruptcy Court