UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 20-11941-MDC |
|---|---|---|
| Matthew Johnson, Jr. | : | |
| Lakeisha S. Rivers | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated: November 25, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008