UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Matthew Johnson, Jr. | : | Chapter 13 |
| Lakeisha S. Rivers | : | Case No.: 20-11941-MDC |
| Debtor(s) | : | |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this __13th__ day of __December__, 2020 upon consideration of the Motion to Modify Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtors' Motion;

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge