Certificate Number: 03088-PAE-DE-037413894

Bankruptcy Case Number: 20-11941



03088-PAE-DE-037413894

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 8, 2023</u>, at <u>11:53</u> o'clock <u>PM CDT</u>, <u>Matthew Johnson Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>May 8, 2023</u>

By:    <u>/s/Doug Tonne</u>

Name:    <u>Doug Tonne</u>

Title:    <u>Counselor</u>