United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11941-mdc |
| Matthew Johnson, Jr. | Chapter 13 |
| Lakeisha S Rivers | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 04, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Johnson, Jr., Lakeisha S Rivers, 5412 Rutland Street, Philadelphia, PA 19124-1128 |
| 14492226 | + | Asset Maximization Group, Attn: Bankruptcy, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 14492233 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14492235 | + | Meridian Bank, 9 Old Lincoln Highway, Malvern, PA 19355-2551 |
| 14492240 | + | Pennsylvania Department of Revenue, 110 N 8th St Ste 204b, Philadelphia, PA 19107-2412 |
| 14496353 | + | U.S. Bank NA, successor trustee to Bank of America, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2023 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2023 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14496398 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2023 23:33:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14518077 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2023 23:33:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14492225 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2023 23:33:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14504292 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 23:41:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14495720 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 04 2023 23:33:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14525426 | | Email/Text: megan.harper@phila.gov | Aug 04 2023 23:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14492227 | + | Email/Text: amanda@cascollects.com | Aug 04 2023 23:33:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 14492228 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2023 23:41:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14495357 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2023 23:39:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14495718 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 04 2023 23:33:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |

Case 20-11941-mdc   Doc 86   Filed 08/06/23   Entered 08/07/23 00:26:56   Desc Imaged
                             Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 14492230 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2023 23:52:17 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14510566 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2023 23:52:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14492231 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2023 23:33:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14492232 | | Email/Text: mrdiscen@discover.com | Aug 04 2023 23:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14494986 | | Email/Text: mrdiscen@discover.com | Aug 04 2023 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14492234 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2023 23:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14492229 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2023 00:36:16 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14497514 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 23:40:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14492236 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 23:33:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14507896 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2023 23:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14492237 | + | Email/Text: Bankruptcies@nragroup.com | Aug 04 2023 23:33:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14492238 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 04 2023 23:33:00 | Navy Federal Credit Union, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 14492239 | + | Email/Text: bnc@nordstrom.com | Aug 04 2023 23:33:29 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14510887 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2023 23:33:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14492243 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2023 23:41:02 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14492242 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2023 23:39:26 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14501280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2023 23:40:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14492241 | + | Email/Text: bankruptcy1@pffcu.org | Aug 04 2023 23:33:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14496396 | + | Email/Text: bankruptcy1@pffcu.org | Aug 04 2023 23:33:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14492244 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 04 2023 23:33:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14492245 | + | Email/Text: clientservices@simonsagency.com | Aug 04 2023 23:33:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14620229 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 23:40:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14512020 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2023 23:33:00 | U.S. Bank NA, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14492246 | + | Email/Text: BKRMailOps@weltman.com | Aug 04 2023 23:33:00 | Weltman Weinberg & Reis, 965 Keynote Circle, |

Case 20-11941-mdc   Doc 86   Filed 08/06/23   Entered 08/07/23 00:26:56   Desc Imaged
                              Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

Independence, OH 44131-1829

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14518126 | *+ | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2023          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Matthew Johnson Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Lakeisha S Rivers brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA et al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA et al... bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA et al... mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Matthew Johnson, Jr. and Lakeisha S
Rivers

        Debtor(s)　　　　　　　　　　　　　　Case No: 20−11941−mdc

　　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                  Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/4/23