Fill in this information to identify the case:

Debtor 1 MATTHEW JOHNSON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   EASTERN DISTRICT OF PENNSYLVANIA

Case number 20-11941

Official Form 410S1

# Notice of Mortgage Payment Change                                             12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4

**Court claim no**. (if known): 22

**Last four digits** of any number you use to identify the debtor's account:   9853

**Date of payment change:** 10/01/2021
Must be at least 21 days after date of this notice

**New total payment:**    $ 873.10
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $248.63        **New escrow payment:** **$252.02**

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%        **New interest rate:** _____%
   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

Official Form 410S1            **Notice of Mortgage Payment Change**                page 1

Debtor 1 __MATTHEW_____JOHNSON_____    Case Number (*If known*):20-11941
     First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Rebecca A. Solarz_____    Date June 23, 2021
  Signature

Print:    __Rebecca A. Solarz_____    Title __Attorney for Creditor__
      First Name   Middle Name   Last Name

Company    __KML Law Group, P.C._____

Address    __701__   __Market Street, Suite 5000__
      Number    Street
__Philadelphia,__                    __PA__   __19106__
      City                      State    ZIP Code

Contact phone    (215) 627–1322        Email __rsolarz@kmllawgroup.com__