## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Matthew Johnson Jr.**
**Lakeisha S. Rivers**

**Debtor(s)**

**U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4**

**Movant**

vs.

**Matthew Johnson Jr.**
**Lakeisha S. Rivers**

**Debtor(s)**

**William C. Miller Esq.**,
**Trustee**

**BK NO. 20-11941 MDC**

**Chapter 13**

**Related to Claim No. 22**

### CERTIFICATE OF SERVICE OF
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 24, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Matthew Johnson Jr.
5412 Rutland Street
Philadelphia, PA 19124

Lakeisha S. Rivers
5412 Rutland Street
Philadelphia, PA 19124

<u>Attorney for Debtor(s)</u>
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

<u>Trustee</u>
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Method of Service:  electronic means or first class mail

Dated: <u>June 24, 2021</u>

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Phone: (215) 825-6327
Email: rsolarz@kmllawgroup.com