**Fill in this information to identify the case:**

Debtor 1 <u>Matthew Johnson</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Eastern District Of Pennsylvania</u>

Case number <u>20-11941</u>

---

Official Form 410S1

# Notice of Mortgage Payment Change                                                   12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor**: U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4 | **Court claim no**. (if known): 22 |
| **Last four digits** of any number you use to identify the debtor's account:   9853 | **Date of payment change:** <u>08/01/2022</u><br>Must be at least 21 days after date of this notice<br><br>**New total payment:**       $ 855.92<br>Principal, interest, and escrow, if any |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $252.02           **New escrow payment:**  **$258.20**

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

---

Official Form 410S1            **Notice of Mortgage Payment Change**                page 1

Debtor 1 __Matthew Johnson__    Case Number (*If known*):20-11941
    First Name    Middle Name    Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ Rebecca A. Solarz__    Date May 09, 2022
   Signature

Print: __Rebecca A. Solarz__    Title __Attorney for Creditor__
    First Name    Middle Name    Last Name

Company __KML Law Group, P.C.__

Address __701__ __Market Street, Suite 5000__
    Number    Street
__Philadelphia,__     __PA__    __19106__
City      State    ZIP Code

Contact phone __(215) 627–1322__    Email __rsolarz@kmllawgroup.com__