# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Matthew Johnson<br>Lakeisha S. Rivers<br>                     **Debtors** | **BK NO. 20-11941 MDC**<br><br>**Chapter 13** |
| **U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA4**<br>                     **Movant**<br>vs.<br><br>**Matthew Johnson**<br>**Lakeisha S. Rivers**<br>                     **Debtors**<br><br>**Kenneth E. West, Esq.**,<br>                     **Trustee** | **Related to Claim No. 22-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 06, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtors</u>
Matthew Johnson
5412 Rutland Street
Philadelphia, PA 19124

Lakeisha S. Rivers
5412 Rutland Street
Philadelphia, PA 19124

<u>Attorney for Debtors</u>
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: Electronic means or first-class mail.

Dated: <u>January 06, 2023</u>

                                                **/s/Michael P. Farrington, Esq.**
                                                Michael P. Farrington, Esq.
                                                Attorney I.D. 329636
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                (215) 825-6488
                                                mfarrington@kmllawgroup.com